IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUL -6 AM 11:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| TOMMIE HAMPTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF MEMPHIS, TENNESSEE, )<br>et al., )<br>)<br>Defendants. )<br>) | No. 04-2537 Ml/An |

### ORDER RE-SETTING TRIAL SCHEDULE

The Court hereby sets the following trial schedule in this case:

Trial: <u>Monday, December 5, 2005, at 9:30 a.m.</u>

Pretrial Conference: <u>Monday, November 28, 2005, at 8:45 a.m.</u>

Pretrial Order: <u>Monday, November 21, 2005, by 4:30 p.m.</u>

SO ORDERED this <u>5</u> day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-6-05

42

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CV-02537 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Joseph M. Rogers
HALE FOGLEMAN & ROGERS
108 Dover Road
P.O. Box 1666
West Memphis, AR 72303

Bobby F. Martin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
CITY ATTORNEY'S OFFICE
125 N. Main Street
Room 336
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT