IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY ⧸℅ D.C.

05 AUG -3 AM 10: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

**TOMMIE HAMPTON**                                     **PLAINTIFF**

VS.                                   NO. 04-2537-ML

**CITY OF MEMPHIS, TENNESSEE,**
**L. McNair, Individually, and in His Official Capacity**
as a police officer with the City of Memphis Police Department,
**C. Teeters, Individually, and in His Official Capacity**
as a police officer with the City of Memphis Police Department,
**B. Holland, Individually, and in His Official Capacity**
as a police officer with the City of Memphis Police Department,
**F. Boyce, Individually, and in His Official Capacity**
as a police officer with the City of Memphis Police Department        **DEFENDANTS**

## ORDER GRANTING MOTION TO EXTEND
## CERTAIN SCHEDULING ORDER DEADLINES

Before the court is plaintiff's Motion to Extend Certain Scheduling Order Deadlines filed on July 22, 2005. For good cause shown, the motion is GRANTED. The Scheduling Order shall be modified to reflect the following deadlines:

| | |
|---|---|
| Completing Written Discovery | August 31, 2005 |
| Depositions | August 31, 2005 |

The other deadlines previously established shall remain in effect.

IT IS SO ORDERED.

S. Thomas Anderson
United States Magistrate Judge

Date: August 02, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-3-05

46

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CV-02537 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Joseph M. Rogers
HALE FOGLEMAN & ROGERS
108 Dover Road
P.O. Box 1666
West Memphis, AR 72303

Bobby F. Martin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
CITY ATTORNEY'S OFFICE
125 N. Main Street
Room 336
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT