IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

TOMMIE HAMPTON                                               PLAINTIFF

VS.                                                          NO. 04-2537

CITY OF MEMPHIS, TENNESSEE,
L. McNair, Individually, and in His Official Capacity
as a police officer with the City of Memphis Police Department,
C. Teeters, Individually, and in His Official Capacity
as a police officer with the City of Memphis Police Department,
B. Holland, Individually, and in His Official Capacity
as a police officer with the City of Memphis Police Department,
F. Boyce, Individually, and in His Official Capacity
as a police officer with the City of Memphis Police Department.        DEFENDANTS

---

ORDER GRANTING MOTION TO EXTEND
CERTAIN SCHEDULING ORDER DEADLINES

---

Before the court is Defendant Officers' Motion to Extend Certain Scheduling Order Deadlines filed on September 15, 2005. For good cause shown, the motion is GRANTED. The Scheduling Order shall be modified to reflect the following deadline:

Dispositive Motions                October 6, 2005

The other deadlines previously established shall remain in effect.

IT IS SO ORDERED.

*S. Thomas Anderson*
S. Thomas Anderson
United States Magistrate Judge

Date: September 19, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-20-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CV-02537 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Joseph M. Rogers
HALE FOGLEMAN & ROGERS
108 Dover Road
P.O. Box 1666
West Memphis, AR 72303

Bobby F. Martin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
CITY ATTORNEY'S OFFICE
125 N. Main Street
Room 336
Memphis, TN 38103

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Barbaralette G. Davis
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT