IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

TOMMIE HAMPTON                                    PLAINTIFF

VS.                                               NO. 04-2537

CITY OF MEMPHIS, TENNESSEE,
L. McNair, Individually, and in His Official Capacity
as a police officer with the City of Memphis Police Department,
C. Teeters, Individually, and in His Official Capacity
as a police officer with the City of Memphis Police Department,
B. Holland, Individually, and in His Official Capacity
as a police officer with the City of Memphis Police Department,
F. Boyce, Individually, and in His Official Capacity
as a police officer with the City of Memphis Police Department.          DEFENDANTS

*MOTION GRANTED*
*JON PHIPPS McCALLA*
*U.S. DISTRICT JUDGE*
*DATE 9-20-2005*

### DEFENDANT OFFICERS' McNAIR, TEETERS, HOLLAND and BOYCE MOTION TO EXTEND CERTAIN SCHEDULING ORDER DEADLINES

Comes now the Defendant Officers and for their Motion to Extend Certain Scheduling Order Deadlines states:

1. That the trial of this cause has been rescheduled by the court from October 31, 2005 until December 5, 2005.

2. That currently the deadline for filing dispositive motions is September 15, 2005.

3. That counsel for Defendant Officers has recently returned from paternity leave.

4. That for these reasons good cause exists to extend the time for filing dispositive motions until October 6, 2005.

5. That attached is certificate of counsel pursuant to Rule LR 7.2(1)(B) of the Rules of the United States District Court for the Western District of Tennessee.

WHEREFORE, Defendant Officers pray that the aforedescribed deadlines be extended as requested.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-21-05

Respectfully submitted,

GODWIN, MORRIS, LAURENZI
& BLOOMFIELD, PC
50 North Front Street, Suite 800
Memphis, Tennessee 38103
(901) 528-1702

_____
BOBBY F. MARTIN, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served upon the following attorney(s) by mailing a copy, as follows:

Attorney Joe M. Rogers
Fogleman & Rogers
Post Office Box 1666
West Memphis, TN 72303

Attorney Henry Klein
Apperson, Crump & Maxwell, PLC
6000 Poplar Avenue, Suite 400
Memphis, TN 38119

Attorney Heather Kirksey
Office of City Attorney
125 North Main Street, Room 336
Memphis, TN 38103

postage paid this 15th day of September, 2005

_____
BOBBY F. MARTIN, JR.

## CERTIFICATE OF ATTORNEY

    Defendant Officers' attorney, Bobby F. Martin, Jr., consulted with plaintiff's attorney, Joe M. Rogers by telephone conference on _9/9/05_ and Heather Kirksey and Henry Klein by telephone conference on _9/7/05_, concerning this requested extension of dispositive motions deadlines and each attorney states they do not object to and concur with the request.

Dated: September 15, 2005

                                           _/s/ Bobby F. Martin, Jr._
                                           BOBBY F. MARTIN, JR.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CV-02537 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Joseph M. Rogers
HALE FOGLEMAN & ROGERS
108 Dover Road
P.O. Box 1666
West Memphis, AR 72303

Bobby F. Martin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
CITY ATTORNEY'S OFFICE
125 N. Main Street
Room 336
Memphis, TN 38103

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Barbaralette G. Davis
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT