IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TOMMIE HAMPTON,

    Plaintiff,

v.   No. 04-2537 Ml/An

CITY OF MEMPHIS, TENNESSEE, et al.,

    Defendants.

---

ORDER RESETTING TRIAL AND PRETRIAL DATES

---

In accordance with new dispositive motion deadline of October 6, 2005, established in the Order Granting Motion to Extend Certain Scheduling Order Deadlines entered on September 20, 2005, by United States Magistrate Judge S. Thomas Anderson, trial and pretrial dates are reset as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last three (3) days, is set to begin <u>Monday, January 23, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Friday, January 13, 2006 at 8:45 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>January 6, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-18-05

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this **17** day of October, 2005.

*/s/ Jon P. McCalla*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CV-02537 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Bobby F. Martin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Joseph M. Rogers
HALE FOGLEMAN & ROGERS
108 Dover Road
P.O. Box 1666
West Memphis, AR 72303

Henry L. Klein
CITY ATTORNEY'S OFFICE
125 N. Main Street
Room 336
Memphis, TN 38103

Barbaralette G. Davis
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT